Alan L. Sullivan (3152)
Elisabeth M. McOmber (10615)
Snell & Wilmer, L.L.P.
15 W. South Temple, # 1200
Salt Lake City, UT  84101-1531
T:  (801) 257-1955
F:  (801) 257-1800
asullivan@swlaw.com
emcomber@swlaw.com

*Attorneys for Defendants*
*Merck & Co, and*
*Schering-Plough Healthcare Products, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LLC,<br><br>　　Plaintiff,<br><br>　　　　vs.<br><br>MERCK & CO., INC., SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.,<br><br>BROWN SHOE COMPANY, INC.,<br><br>WAL-MART STORES, INC.,<br><br>TARGET CORPORATION,<br><br>WALGREEN CO., and<br><br>DOES 1 – 50,<br><br>　　Defendants | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No.: 2:10-cv-00855-TS<br><br>Judge Ted Stewart |

**Please take notice that** Defendants Merck & Co. and Schering-Plough Healthcare Products, Inc. (hereinafter "Merck") have conventionally filed the original and two copies of Merck's and Schering-Plough's Answer and Counterclaims, along with Exhibit A thereto.

This document has not been filed electronically because Exhibit A to this document comprises a copy of a confidential Settlement Agreement and Merck's Answer and Counterclaims contain quotes from Exhibit A.

This document has been served on all parties via U.S. Mail.

Respectfully submitted.

November 22, 2010 /s/ Elisabeth M. McOmber
Alan L. Sullivan
Elisabeth M. McOmber
Snell & Wilmer, L.L.P.
15 W. South Temple, # 1200
Salt Lake City, UT 84101-1531
(801) 257-1955 Telephone

Daniel A. Boehnen, Of Counsel (*motion for Pro Hac Vice admission to be submitted*)
Jessica L. Lunney, Of Counsel (*motion for Pro Hac Vice admission to be submitted*)
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001 Telephone
(312) 913-0002 Facsimile

*Counsel for Defendant Merck & Co. and Schering-Plough Healthcare Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2010, I electronically filed the foregoing **Notice of Conventional Filing** through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Casey K. McGarvey
> EdiZONE, LLC
> 123 East 200 North
> Alpine, UT  84004
> casey@edizone.com
>
> Clifford J. Payne
> Morgan Minnock Rice & James
> 136 S. Main Street, 8th Floor
> Salt Lake City, UT  84101
> cpayne@mmrj.com

/s/ Elisabeth M. McOmber

12250911.1